IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTHUR McCONNELL, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 14-747 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Maureen P. Kelly |
| WARDEN BRIAN H. THOMPSON, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**MEMORANDUM ORDER**

This case was referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C, 72.D and 72.G of the Local Rules for Magistrates.

On July 23, 2014, the Magistrate Judge issued a Report and Recommendation (Doc. 7) recommending that the Petition for a Writ of Habeas Corpus (the "Petition") (Doc. 4) be dismissed prior to service. Service of the Report and Recommendation was made on Petitioner, and Petitioner timely filed objections (Doc. 8). After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered:

The Petition (Doc. 4) is **DISMISSED**, and the Report and Recommendation of Magistrate Judge Kelly dated July 23, 2014, is hereby adopted as the opinion of the District Court.

IT IS SO ORDERED.

September 2, 2014

s\Cathy Bissoon
Cathy Bissoon
United States District Judge

1

cc (via First-Class U.S. Mail):

Arthur McConnell
AC-9059
SCI Mercer
801 Butler Pike
Mercer, PA 16137